United States Courts
Southern District of Texas
FILED
September 21, 2026
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: 4:26-cr- |
| | § | |
| v. | § | **4:26-cr-612** |
| | § | |
| TEKIYAH MCLEOD, | § | |
| Defendant | § | |
| | § | |

**<u>INFORMATION</u>**

THE UNITED STATES ATTORNEY CHARGES:

At all times material to this Information:

**<u>COUNT ONE</u>**
**Health Care Fraud**
**(18 U.S.C. § 1347)**

<u>General Allegations</u>

1. The Medicaid Program ("Medicare") was a state-administered health insurance program funded by the United States government and by the State of Texas. Medicaid helped pay for reasonable and necessary medical procedures, services, and items provided by qualified health care professionals to individuals who were deemed eligible under state low-income programs. Individuals who received benefits under Medicaid were assigned unique Patient Control Numbers ("PCNs"). Medicaid was a "health care benefit program," as defined by Title 18, United States Code, Section 24(b).

2. The Texas Health and Human Services Commission ("HHSC") was the state governmental agency responsible for the administration of Medicaid in Texas.

3. HHSC contracted with Managed Care Organizations ("MCOs") to administer program

benefits to Medicaid recipients. MCO plans were operated by private companies approved by Medicaid.

4. A National Provider Identifier ("NPI") was a unique 10-digit identification number issued to health care providers in the United States by the Centers for Medicare and Medicaid Services. Health care providers had to provide their NPI when submitting claims for reimbursement to Medicaid and other health care benefit plans.

5. Defendant TEKIYAH MCLEOD was a resident of Harris County, Texas.

6. nLove Community Services, LLC ("nLove") was a limited liability company formed under the laws of Texas that purported to provide mental health services. TEKIYAH MCLEOD was the registered agent of nLove.

7. Nurse Practitioner 1 ("NP-1") was a nurse practitioner licensed in the State of Texas. The last four digits of NP-1's NPI were 8310.

<u>The Scheme to Defraud</u>

8. Between in or around 2022 and in or around 2023, in the Southern District of Texas and elsewhere, the defendant, TEKIYAH MCLEOD, participated in a scheme and artifice to defraud Medicaid by submitting, and causing to be submitted, false and fraudulent claims for mental health services to Medicaid beneficiaries, including herself, that were never provided; in so doing, TEKIYAH MCLEOD represented that NP-1 performed these services when, in fact, she had not, and used NP-1's name and NPI without NP-1's knowledge or consent. Over the course of the scheme, TEKIYAH MCLEOD fraudulently billed Medicaid approximately $477,871.73, of which approximately $453,322.55 were paid.

Execution of the Scheme to Defraud

9. On or about February 1, 2022, the defendant, TEKIYAH MCLEOD, knowingly and willfully executed and attempted to execute the above-described scheme and artifice to defraud Medicaid, in connection with the delivery of and payment for health care benefits, items, and services, by submitting and causing to be submitted the following fraudulent claim to Medicaid in connection with the payment for health care benefits, items, and services.

| **Date of Service (on or about)** | **Description of Service** | **Patient** | **Provider NPI** | **Amount Billed to Medicaid** | **Amount Paid by Medicaid** |
|---|---|---|---|---|---|
| February 1, 2022 | Psychiatric Diagnostic Evaluation with Medical Services | TEKIYAH MCLEOD | xxx8310 | $113.91 | $107.47 |

All in violation of Title 18, United States Code, Section 1347.

**COUNT TWO**
Aggravated Identity Theft
(18 U.S.C. § 1028A)

10. The allegations contained in Paragraphs 1 through 9 of this Information are realleged and incorporated by reference.

11. On or about February 1, 2022, in the Southern District of Texas and elsewhere, the defendant, TEKIYAH MCLEOD, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, namely, the name and NPI of NP-1, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: health care fraud in violation of Title 18, United States Code, Section 1347, knowing that the means of identification belonged to an actual person.

All in violation of Title 18, United States Code, Section 1028A.

AARON F. REITZ

United States Attorney
Southern District of Texas

By: *Alexander Alum*
Alexander Alum
Assistant United States Attorney